IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRISTAN L. BRACY,

    Petitioner,                            No. CIV S-98-2431 FCD DAD P

    vs.

ROBERT L. AYERS, et al.,

    Respondents.                       ORDER

_____/

        Petitioner is a state prisoner, formerly proceeding pro se with a petition for a writ of habeas corpus in the above-numbered action. On April 18, 2007, petitioner filed a request for the appointment of counsel and a letter to the court in which he requests assistance in filing a new federal habeas corpus petition. The petition for writ of habeas corpus filed in this closed case was dismissed on April 19, 2002. On August 20, 2003, the Court of Appeals for the Ninth Circuit denied petitioner's request for a certificate of appealability. Petitioner is advised that if he wishes to file a new habeas corpus action in this court attacking the same conviction and sentence challenged in the above-numbered case, he must file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). All documents filed by petitioner since the closing date of

/////

1

1  this action, including the request for assistance of counsel, will be disregarded. No orders will
2  issue in response to future filings in this closed case.
3  DATED: April 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  DAD:8:bracy2431.o

2